## Commonwealth *v.* Rieger, Appellant.

 Argued November 10, 1970. *George W. Schroeck,* for appellant; *Robert H. Chase,* Assistant District Attorney, with him *Michael M. Palmisano,* District Attorney, for Commonwealth, appellee.

Appeal quashed.

## Commonwealth *v.* Ritchie, Appellant.

 Submitted November 9, 1970. *Robert G. Huhta,* and *Quinn, Plate, Gent, Buseck & Leemhuis,* for appellant; *Robert H. Chase,* Assistant District Attorney, and *Michael M. Palmisano,* District Attorney, for Commonwealth, appellee.

Order and judgment affirmed.